UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED
SEP 1 9 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| IN RE EXTERIOR INSULATION FINISH SYSTEMS (EIFS) PRODUCTS LIABILITY LITIGATION | Master Case No. 5:96-CV-287 |
| BURKHARD CORPORATION and BURKHARD HOTEL PARTNERS II, LLC, Plaintiffs, v. G&R CONSTRUCTION, INC. and STO CORP., Defendants. | Individual CA No. 5:04-CV-792-BR ✓ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs, Burkhard Corporation and Burkhard Hotel Partners II, LLC, and defendants, Sto Corp. and G&R Construction, Inc., hereby dismiss the above-captioned matter with prejudice. The parties agree

to bear their own costs of the action.

BURKHARD CORPORATION and
BURKHARD HOTEL PARTNERS II, LLC,

By their attorneys,

*Sarianna T. Honkola /cg*
David B. Chaffin
Sarianna T. Honkola
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

| G&R CONSTRUCTION, INC., | STO CORP., |
|---|---|
| By its attorneys, | By its attorneys, |
| *Gregory R. Faulkner /cg* | *Charles F. Gfeller /cg* |
| Gregory R. Faulkner | Charles F. Gfeller |
| Todd R. Regan | EDWARDS & ANGELL, LLP |
| BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP | 90 State House Square |
| CityPlace II, 185 Asylum Street | Hartford, CT 06103 |
| Hartford, CT 06103 | (860) 525-5065 |
| (860) 275-6430 | |

Dated: September 15, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail/hand on 9/15/05
*[signature]*

2